**B6A (Official Form 6A) (12/07)**

In re:  **John R. Phillips    Juanita Tuwana Phillips** _____.
Case No. **10-17380** _____
　　　　　　　　　　　　　　　　　　　Debtors
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Principal Residence 9401 Fern Hollow Way Montgomery Village, MD 20886** | **Fee Owner** | **J** | **$ 213,200.00** | **$ 737,589.45** |
| **Real Property 19529 Brassie Pl., Unit 4-F Montgomery Village, MD** | **Co-Owner** | **J** | **$ 213,200.00** | **$　　 0.00** |
| NOTE:　 **Debtors are on the Deed only.  Debtors are not obligated on any of the debts secured by this real property.  This home is owned by their son and he is obligated to pay all liens on the property.** | | | | |

　　　　　　　　　　　　　　　　　　　　　Total　➢ | **$ 426,400.00**

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **John R. Phillips   Juanita Tuwana Phillips** _____,   Case No. **10-17380** _____
                                    **Debtors**                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Pocket Cash** | W | **20.00** |
| Cash on hand | | **Pocket Cash** | H | **20.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Montgomery County Employees FCU 19785 Crystal Rock Drive Germantown, MD 20874 Checking Account #7410** | H | **20.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **2 Cel Phones $50 Washer $100 Dryer $75 Ironing Board $5 Iron $5 Vacuum Cleaner $25** | J | **265.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **2 Sofas $175 2 Love Seats $150 2 End Tables $50 3 Televisions $300** | J | **675.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **3 Beds $300 Dresser $50 Chest $25 15 Towels $15 Bed Linens $25** | J | **415.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Dining Table/Chairs $450 Kitchen Table/Chairs $135 Dishes $40 20 Glasses $20 50 Silverware $50 Microwave $100 Refrigerator $500 Oven $300** | J | **1,595.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **John R. Phillips    Juanita Tuwana Phillips** _____,     Case No.  **10-17380**  _____
                              **Debtors**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6. Wearing apparel. | | **10 Suits $750**<br>**5 Jeans $75**<br>**8 Shorts $80**<br>**12 Socks $18**<br>**Underclothes $20**<br>**2 Coats $40**<br>**5 Shoes $50**<br>**Athletic Shoes $10** | **W** | **1,043.00** |
| Wearing apparel. | | **15 Shirts $75**<br>**6 Sweaters $48**<br>**3 Suits $90**<br>**15 Jeans $75**<br>**7 Shorts $35**<br>**3 Ties $9**<br>**10 Socks $10**<br>**8 Underclothes $8**<br>**2 Coats $125**<br>**Jacket $25**<br>**4 Shoes $60**<br>**3 Boots $45** | **H** | **605.00** |
| 7. Furs and jewelry. | | **2 Wedding Bankds** | **H** | **150.00** |
| Furs and jewelry. | | **Earrings** | **W** | **50.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **John R. Phillips   Juanita Tuwana Phillips** _____,  Case No.  **10-17380** _____
                    **Debtors**                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 GMC Yukon**<br>**130,000 Miles**<br>**Fair Condition** | | **5,110.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Nissan Armada**<br>**63,000 Miles**<br>**Fair Condition** | | **18,310.00** |
| | | NOTE:   **This is Debtor's son's vehicle and son does pay one-half ($255.00) of the car payment.** | | |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005  Chrysler 300**<br>**59,872 Miles**<br>**Fair Condition** | W | **9,340.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Cadillac Escalade 4x4**<br>**73,627 Miles**<br>**Fair Condition** | H | **18,310.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Harley Davidson Fat Boy Motorcycle**<br>**Miles**<br>**Good Condition** | H | **14,995.00** |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   **John R. Phillips   Juanita Tuwana Phillips** _____ ,          Case No.  **10-17380** _____
                        **Debtors**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

____3____  continuation sheets attached                    Total ➢         **$ 70,923.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re _____,        Case No. _____
                    Debtor                                                    (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                      $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **10 Suits $750**<br>**5 Jeans $75**<br>**8 Shorts $80**<br>**12 Socks $18**<br>**Underclothes $20**<br>**2 Coats $40**<br>**5 Shoes $50**<br>**Athletic Shoes $10** | **Real or personal property, under Title 11 U.S. Code** | 1,043.00 | 0.00 |
| **15 Shirts $75**<br>**6 Sweaters $48**<br>**3 Suits $90**<br>**15 Jeans $75**<br>**7 Shorts $35**<br>**3 Ties $9**<br>**10 Socks $10**<br>**8 Underclothes $8**<br>**2 Coats $125**<br>**Jacket $25**<br>**4 Shoes $60**<br>**3 Boots $45** | **Real or personal property, under Title 11 U.S. Code** | 605.00 | 0.00 |
| **2 Cel Phones $50**<br>**Washer $100**<br>**Dryer $75**<br>**Ironing Board $5**<br>**Iron $5**<br>**Vacuum Cleaner $25** | **Real or personal property, under Title 11 U.S. Code** | 265.00 | 0.00 |
| **2 Sofas $175**<br>**2 Love Seats $150**<br>**2 End Tables $50**<br>**3 Televisions $300** | **Household goods and furnishings** | 675.00 | 0.00 |
| **2 Wedding Bankds** | **Real or personal property, under Title 11 U.S. Code** | 150.00 | 0.00 |
| **2000 GMC Yukon**<br>**130,000 Miles**<br>**Fair Condition** | **Wildcard - cash or property of any kind exempt** | 10.00 | -1,014.47 |
| **2004 Nissan Armada**<br>**63,000 Miles**<br>**Fair Condition** | **Wildcard - cash or property of any kind exempt** | 10.00 | -12,463.59 |
| **2005  Chrysler 300**<br>**59,872 Miles**<br>**Fair Condition** | **Real or personal property, under Title 11 U.S. Code** | 4,181.71 | 4,181.71 |

B6C (Official Form 6C) (12/07) - Cont.

In re _____,     Case No. _____
                          Debtor                                              (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2005 Cadillac Escalade 4x4<br>73,627 Miles<br>Fair Condition | Wildcard - cash or property of any kind exempt | 10.00 | -6,276.27 |
| 2008 Harley Davidson Fat Boy<br>Motorcycle<br>Miles<br>Good Condition | Wildcard - cash or property of any kind exempt | 10.00 | -1,021.33 |
| 3 Beds $300<br>Dresser $50<br>Chest $25<br>15 Towels $15<br>Bed Linens $25 | Real or personal property, under Title 11 U.S. Code | 415.00 | 0.00 |
| Dining Table/Chairs $450<br>Kitchen Table/Chairs $135<br>Dishes $40<br>20 Glasses $20<br>50 Silverware $50<br>Microwave $100<br>Refrigerator $500<br>Oven $300 | Household goods and furnishings | 1,325.00 | 0.00 |
|  | Real or personal property, under Title 11 U.S. Code | 270.00 |  |
| Earrings | Real or personal property, under Title 11 U.S. Code | 50.00 | 0.00 |
| Montgomery County Employees FCU<br>19785 Crystal Rock Drive<br>Germantown, MD 20874<br>Checking Account #7410 | Wildcard - cash or property of any kind exempt | 20.00 | 0.00 |
| Pocket Cash | Wildcard - cash or property of any kind exempt | 20.00 | 0.00 |
| Pocket Cash | Wildcard - cash or property of any kind exempt | 20.00 | 0.00 |
| Principal Residence<br>9401 Fern Hollow Way<br>Montgomery Village, MD 20886 | Real or personal property, under Title 11 U.S. Code | 10.00 | 0.00 |

B6D (Official Form 6D) (12/07)

In re    John R. Phillips    Juanita Tuwana Phillips _____,    Case No.    **10-17380**
                              **Debtors**                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **America's Servicing Company** <br> **P.O. Box 10328** <br> **Des Moines, IA 50306-0388** | | J | **Second Mortgage** <br> **Principal Residence** <br> **9401 Fern Hollow Way** <br> **Montgomery Village, MD 20886** <br><br><br> **VALUE $213,200.00** | | X | | 333,878.60 | 0.00 |
| **ACCOUNT NO.** 3023 <br><br> **Harely Davidson Credit** <br> **P.O. Box 15129** <br> **Palaine, IL 60055-5129** | | H | **Security Agreement** <br> **2008 Harley Davidson Fat Boy** <br> **Motorcycle** <br> **Miles** <br> **Good Condition** <br> **VALUE $14,995.00** | | X | | 16,016.33 | 1,021.33 |
| **ACCOUNT NO.** <br><br> **MCT FCU** <br> **P.O. Box 1250** <br> **Rockville, MD 20849-1250** | | H | **Security Agreement** <br> **2005 Cadillac Escalade 4x4** <br> **73,627 Miles** <br> **Fair Condition** <br> **VALUE $18,310.00** | | X | | 24,586.27 | 6,276.27 |
| **ACCOUNT NO.** 1024 <br><br> **Montgomery County, Maryland** <br> **Department of Finance** <br> **Division of Treasury** <br> **255 Rockville, Pike, L-15** <br> **Rockville, MD 20850** | | J | **Property Taxes** <br> **Principal Residence** <br> **Real Property Taxes** <br><br><br> **VALUE $213,200.00** | | X | | 1,085.40 | 0.00 |

2    continuation sheets
     attached

Subtotal ➤
(Total of this page)                    $    375,566.60  $    7,297.60

Total ➤
(Use only on last page)                 $               $

(Report also on Summary of    (If applicable, report
Schedules)                    also on Statistical
                              Summary of Certain
                              Liabilities and
                              Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  <u>John R. Phillips   Juanita Tuwana Phillips</u>                      .          Case No.  <u>10-17380</u>
                        **Debtors**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | **Property Taxes** **Principal Residence** **Real Property Taxes** | | X | | 2,170.00 | 0.00 |
| Montgomery County, Maryland Department of Finance Division of Treasury 255 Rockville, Pike, L-15 Rockville, MD 20850 | | | VALUE $213,200.00 | | | | | |
| ACCOUNT NO. 25-10 | | J | **Homeowner Association Fees** **Principal Residence** **9401 Fern Hollow Way** **Montgomery Village, MD 20886** **Homeowner's Fees** | | X | | 1,072.29 | 0.00 |
| Montgomery Village Foundation, Inc. c/o David B. Humpton 10120 Apple Ridge Road Montgomery Village, MD 20886 | | | VALUE $213,200.00 | | | | | |
| ACCOUNT NO. 4202 | | J | **Mortgage** **Principal Residence** **9401 Fern Hollow Way** **Montgomery Village, MD 20886** | | X | | 403,710.85 | 0.00 |
| Ocwen Loan Servicing P.O. Box 24781 West Palm Beach, FL 33416-4781 Bierman, Geesing & Ward, LLC 4520 East West Hwy. Suite 200 Bethesda, MD 20814 | | | VALUE $213,200.00 | | | | | |
| ACCOUNT NO. | | J | **Security Agreement** **2004 Nissan Armada** **63,000 Miles** **Fair Condition** | | X | | 31,000.00 | 12,690.00 |
| Patelco Credit Union P.O. Box 2227 Merced, CA 95344 | | | VALUE $18,310.00 | | | | | |

NOTE:   **This vehicle belongs to Debtor's son and the son pays half of the car payment ($255.00) per month.**

| | |
|---|---|
| Sheet no. <u>1</u> of <u>2</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal  $    **437,953.14** $    **12,690.00**  (Total of this page) |
| | Total  ➤  (Use only on last page)    $                 $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **John R. Phillips    Juanita Tuwana Phillips**                .          Case No.  **10-17380**

                                **Debtors**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Patelco Credit Union** <br> **P.O. Box 2227** <br> **Merced, CA 95344** | | J | **Security Agreement** <br> **2005  Chrysler 300** <br> **59,872 Miles** <br> **Fair Condition** <br><br> **VALUE $9,340.00** | | X | | 5,251.83 | 0.00 |
| ACCOUNT NO.  **985-2** <br><br> **Santander Consumer** <br> **P.O. Box 961245** <br> **Fort Worth, TX 76161-1245** | | J | **Security Agreement** <br> **2000 GMC Yukon** <br> **130,000 Miles** <br> **Fair Condition** <br><br> **VALUE $5,110.00** | | X | | 6,124.47 | 1,014.47 |

Sheet no.  2 of  2 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➤
(Total of this page)

| | |
|---|---|
| $  **11,376.30** | $  **1,014.47** |

Total ➤
(Use only on last page)

| | |
|---|---|
| $  **824,896.04** | $  **21,002.07** |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re   John R. Phillips    Juanita Tuwana Phillips                                      Case No.    10-17380
                                 Debtors                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1  continuation sheets attached

**B6E (Official Form 6E) (12/07) – Cont.**

In re    **John R. Phillips   Juanita Tuwana Phillips**         Case No.    <u>**10-17380**</u>

                           Debtors                                                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **9349** <br><br> **Comptroller of Maryland Revenue Administration Division Annapolis, MD 21411** | | J | **2009 State Taxes Owed** | | X | | 308.00 | 308.00 | $0.00 |
| NOTE:   **Debtors will make arragements with IRS and Comptroller of Maryland to make monthly payments.** | | | | | | | | | |
| ACCOUNT NO. <br><br> **United States Treasury Internal Revenue Service Central Insolvency Office P.O. Box 21126 Philadelphia, PA 19114** | | J | **2009 Taxes Owed** | | X | | 11,640.00 | 11,640.00 | $0.00 |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page)   $ **11,948.00**   $ **11,948.00**   $ **0.00**

Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **11,948.00**

Total ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )   $ **11,948.00**   $ **0.00**

B6F (Official Form 6F) (12/07)

In re  **John R. Phillips   Juanita Tuwana Phillips**                              Case No.  **10-17380**
                                    Debtors                                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐        Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **2940**<br><br>**AC-Star Cash Processing**<br>**3531 P. Street, NW**<br>**P.O. Box 111**<br>**Miami, OK 74355** | | H | **Cash Loan** | | X | | 390.00 |
| ACCOUNT NO.   **8813**<br><br>**Allied Interstate**<br>**3000 Corporate Exchange Dr., 5th Fl**<br>**Columbus, OH 43231**<br><br>**Allied Interstate**<br>**P.O. Box 361385**<br>**Columbus, OH 43236** | | J | **MCI** | | X | | 1,113.64 |
| ACCOUNT NO.   **9406**<br><br>**American International Insurance**<br>**21st Century Insurance**<br>**P.,O. Box 7247-0320**<br>**Philadelphia, PA 19170** | | J | **Auto Insurance** | | X | | 2,189.98 |
| ACCOUNT NO.   **6968**<br><br>**Bank of America**<br>**P.O. Box 25118**<br>**Tampa, FL 33622-5118** | | W | **Overdrawn Account** | | X | | 305.06 |

<u>14</u>   Continuation sheets attached

Subtotal  ➢  $              **3,998.68**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John R. Phillips   Juanita Tuwana Phillips** _____     Case No. **10-17380** _____
                                    **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **0706** | | J | | | X | | **10,726.47** |
| **Beneficial Finance** P.O. Box 17574 Baltimore, MD 21297-1574  **Beneficial National Bank** P.O. Box 15518 Wilmington, DE 19850 | | | **Personal Loan** | | | | |
| ACCOUNT NO.   **2081** | | W | | | X | | **2,911.55** |
| **Bloomingdales** P.O. Box 183083 Columbus, OH 43218-3083 | | | **Merchandise** | | | | |
| ACCOUNT NO.   **6683** | | W | | | X | | **1,982.13** |
| **Capital One Bank** P.O. Box 71083 Charlotte, NC 28272-0884  **Capital One** P.O. Box 30285 Salt Lake City, UT 84130-0285 | | | **Merchandise & Services** | | | | |
| ACCOUNT NO.   **5750** | | W | | | X | | **540.73** |
| **Capital One Bank** P.O. Box 71083 Charlotte, NC 28272-0884  **Capital One** P.O. Box 30285 Salt Lake City, UT 84130-0285 | | | **Merchandise & Services** | | | | |

Sheet no. _1_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **16,160.88**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John R. Phillips    Juanita Tuwana Phillips**                          Case No.   **10-17380**
                                                                                                    (If known)
                                     **Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **9842** <br><br> **Capital One Bank** <br> **P.O. Box 71083** <br> **Charlotte, NC 28272-0884** <br><br><br> **Capital One** <br> **P.O. Box 30285** <br> **Salt Lake City, UT 84130-0285** | | **H** | **Merchandise & Services** | | **X** | | **3,593.65** |
| ACCOUNT NO.   **0551** <br><br> **Capital One Bank** <br> **P.O. Box 71083** <br> **Charlotte, NC 28272-0884** <br><br><br> **Capital One** <br> **P.O. Box 30285** <br> **Salt Lake City, UT 84130-0285** | | **W** | **Merchandise & Services** | | **X** | | **803.35** |
| ACCOUNT NO.   **4547** <br><br> **Capital One Bank** <br> **P.O. Box 71083** <br> **Charlotte, NC 28272-0884** <br><br><br> **Capital One** <br> **P.O. Box 30285** <br> **Salt Lake City, UT 84130-0285** | | **W** | **Merchandise & Services** | | **X** | | **683.91** |
| ACCOUNT NO.   **9400** <br><br> **Cash Central Loan** <br> **P.O. Box 6430** <br> **Logan, UT 84341** | | **J** | **Cash Loan** | | **X** | | **831.07** |

Sheet no.  2 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $         **5,911.98**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John R. Phillips   Juanita Tuwana Phillips**                    Case No. **10-17380**
                                              Debtors                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **9349** | | J | | | X | | 1,000.00 |
| **Cash Net USA 200 W. Jackson Blvd. Chicago, IL 60606-6491**<br><br>**Cash Yes P.O. Box 96503 Washington, DC 20090**<br><br>**Eastside Lenders 2111 Center Ville Road Suite 120-5900 Wilmington, DE 19808**<br><br>**One Click Cash 562946 Highway 12 Suite 3 Niobrara, NE 68760** | | | **Cash Loan** | | | | |
| ACCOUNT NO. | | W | | | X | | 400.00 |
| **Cash Net USA 200 W. Jackson Blvd. Chicago, IL 60606-6491** | | | **Cash Loan** | | | | |
| ACCOUNT NO. | | H | | | X | | 575.00 |
| **Cash-N-Go, Inc. 43 Elwood Street Martinsburg, WV 25404** | | | **Cash Loan** | | | | |

Sheet no.  3 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    **1,975.00**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John R. Phillips    Juanita Tuwana Phillips**                    Case No.  **10-17380**
                                                                                                          (If known)
                                        **Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **6804** <br><br> **Chase** <br> **Cardmember Services** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850-5298** | | H | **Merchandise & Services** | | X | | 9,857.04 |
| ACCOUNT NO.  **4000** <br><br> **Chevron** <br> **P.O. Box 530950** <br> **Atlanta, GA 30353-0950** | | W | **Gas Purchases** | | X | | 434.42 |
| ACCOUNT NO. <br><br> **Comcast** <br> **20 West Gude Drive** <br> **Rockville, MD 20850-1151** | | J | **Cable Television** | | X | | 779.91 |
| ACCOUNT NO.  **2087** <br><br> **Comcast** <br> **20 West Gude Drive** <br> **Rockville, MD 20850-1151** | | J | **Cable Television/Internet** | | X | | 1,200.00 |
| ACCOUNT NO. <br><br> **Finance Maryland** <br> **P.O. Box 35394** <br> **Dundalk, MD 21222-7394** | | J | **Personal Loan** | | X | | 0.00 |

Sheet no.  4 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                                            Subtotal   ➤  $           **12,271.37**

                                                                               Total   ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  John R. Phillips   Juanita Tuwana Phillips                          Case No.  10-17380
                              Debtors                                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9587 | | J | | | X | | 603.67 |
| First Premier Bank P.O. Box 5519 Sioux Falls, SD 57117-5519 | | | Merchandise & Services | | | | |
| ACCOUNT NO.  3894 | | J | | | X | | 1,470.70 |
| Furniture 4 Less, Inc. 18521 N. Frederick Ave. Gaithersburg, MD 20879 | | | Merchandise | | | | |
| ACCOUNT NO.  3867 | | W | | | X | | 2,065.93 |
| Furniture 4 Less, Inc. 18521 N. Frederick Ave. Gaithersburg, MD 20879 | | | Merchandise | | | | |
| ACCOUNT NO.  1065 | | J | | | X | | 2,211.77 |
| GE Money Bank P.O Box 981127 El Paso, TX 79998-1127 | | | Merchandise & Services | | | | |
| ACCOUNT NO.  5324 | | W | | | X | | 1,400.46 |
| GE Money Bank P.O. Box 981127 El Paso, TX 79998-1127 | | | Merchandise & Services | | | | |

Sheet no.  5 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  >  $   7,752.53

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John R. Phillips   Juanita Tuwana Phillips**_____   Case No.  **10-17380**_____
                                Debtors                                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **0461** | | W | | | X | | 300.00 |
| **Household Bank** **HSBC Card Services** **P.O. Box 17051** **Baltimore, MD 21297** | | | **Merchandise & Services** | | | | |
| ACCOUNT NO.  **1391** | | W | | | X | | 983.97 |
| **Household Bank** **HSBC Card Services** **P.O. Box 17051** **Baltimore, MD 21297** | | | **Merchandise & Services** | | | | |
| ACCOUNT NO.  **9858** | | W | | | X | | 2,707.18 |
| **Juniper Card Services** **P.O. Box 13337** **Philadelphia, PA 19101-3337** | | | **Merchandise & Services** | | | | |
| ACCOUNT NO.  **0037** | | W | | | X | | 3,472.15 |
| **Lendmark Finacial Services, Inc.** **460 Prospect Blvd. Unit 050** **Frederick, MD 21701-6400** | | | **Personal Loan** | | | | |
| ACCOUNT NO.  **2005** | | H | | | X | | 1,248.26 |
| **Lowe's** **P.O. Box 960010** **Orlando, FL 32896-0010** | | | **Merchandise** | | | | |

Sheet no.  6 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                                **8,711.56**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John R. Phillips    Juanita Tuwana Phillips**       Case No. **10-17380**
                         **Debtors**                                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Lyons Doughty & Veldhuis, PC** <br> **Two Owings Mills Corp. Ctr.** <br> **10461 Mill Run Circle** <br> **Owings Mills, MD 21117** | | H | **PUN Collections, LLC** | | X | | **Unknown** |
| ACCOUNT NO. **3097** <br><br> **M&T Bank** <br> **P.O. Box 1056** <br> **Buffalo, NY 14240-1056** | | J | **Overdrawn Checking Account** | | X | | **691.46** |
| ACCOUNT NO. **5360** <br><br> **Macy's** <br> **P.O. Box 183083** <br> **Columbus, OH 43218-3083** | | W | **Merchandise** | | X | | **4,878.96** |
| ACCOUNT NO. <br><br> **Mariner Finance** <br> **19705 N. Frederick Road** <br> **Suite A1-B** <br> **Germantown, MD 20876** <br><br> **Michael J. Fradkin, Esq.** <br> **Suite 301, Shell Bldg.** <br> **200 E. Joppa Road, Ste.** <br> **Towson, MD 21286** | | J | **Judgment** | | X | | **14,788.09** |

Sheet no. _7_ of _14_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $ **20,358.51**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John R. Phillips    Juanita Tuwana Phillips**                                  Case No. **10-17380**

_____                                              _____
                        **Debtors**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Mariner Finance**<br>**19705 N. Frederick Road**<br>**Suite A1-B**<br>**Germantown, MD 20876** | | J | **Judgment** | | X | | 202.49 |
| ACCOUNT NO.  **89**<br><br>**MCT Federal Credit Union**<br>**15901 Frederick Road**<br>**Rockville, MD 20855**<br><br>**MCT Federal Credit Union**<br>**P.O. Box 64717**<br>**Baltimore, MD 21264-4717** | | H | **Merchandise & Services** | | X | | 5,069.96 |
| ACCOUNT NO.<br><br>**MCT Federal Credit Union**<br>**15901 Frederick Road**<br>**Rockville, MD 20855**<br><br>**Schrier & Tolin, LLC**<br>**51 Monroe St., Ste. 406**<br>**Rockville, MD 20850** | | H | **Personal Loan** | | X | | 7,111.31 |
| ACCOUNT NO.  **1938**<br><br>**Mid-Atlantic FCU**<br>**P.O. Box 2270**<br>**Germantown, MD 20875** | | J | **Overdrawn Account** | | X | | 1,173.15 |

Sheet no.  8 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **13,556.91**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John R. Phillips    Juanita Tuwana Phillips**                              Case No. **10-17380**
                                                           **Debtors**                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **H756**<br><br>**Montgomery County Parking Citation Services P.O. Box 1426 Rockville, MD 20849-1426** | | W | **Parking Violation** | | X | | **300.00** |
| ACCOUNT NO.<br><br>**Montgomery Village Fondation, Inc. c/o David B. Humpton 10120 Apple Ridge Road Montgomery Village, MD 20886** | | J | **HOA Fees** | | X | | **8,000.00** |
| ACCOUNT NO.  **9074**<br><br>**Navy Federal Credit Union P.O. Box 3500 Merrifield, VA 22119-3500** | | H | **Merchandise & Services** | | X | | **6,092.13** |
| ACCOUNT NO.  **6633**<br><br>**Navy Federal Credit Union P.O. Box 3500 Merrifield, VA 22119-3500** | | W | **Merchandise & Services** | | X | | **752.37** |
| ACCOUNT NO.  **4732**<br><br>**Navy Federal Credit Union P.O. Box 3500 Merrifield, VA 22119-3500** | | H | **Merchadise & Services** | | X | | **6,141.65** |

Sheet no. _9_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **21,286.15**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __John R. Phillips    Juanita Tuwana Phillips__     Case No. __10-17380_____
                           Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **2901**<br><br>**Navy Federal Credit Union**<br>**P.O. Box 3500**<br>**Merrifield, VA 22119-3500** | | H | **Personal Loan** | | X | | 2,215.12 |
| ACCOUNT NO.  **5517**<br><br>**Nordstrom**<br>**P.O. Box 13589**<br>**Scotsdale, AZ 85267**<br><br>**Nordstrom Bank**<br>**P.O. Box 79134**<br>**Phoenix, AZ 85062-9134** | | W | **Merchandise** | | X | | 498.99 |
| ACCOUNT NO.  **9400**<br><br>**One Click Cash**<br>**52946 Highway 12, Suite 3**<br>**Niobrara, NE 68760** | | J | **Cash Loan** | | X | | 650.00 |
| ACCOUNT NO.  **5470**<br><br>**Patelco Credit Union**<br>**156 Second Street**<br>**San Francisco, CA 94105** | | H | **Merchandise & Services** | | X | | 4,763.99 |

Sheet no. __10__ of __14__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **8,128.10**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John R. Phillips    Juanita Tuwana Phillips**                    Case No.  **10-17380**
                        Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **6970**<br>**Patelco Credit Union**<br>**156 Second Street**<br>**San Francisco, CA 94105** | | W | **Merchandise & Services** | | X | | **2,425.47** |
| ACCOUNT NO.<br>**Patelco Credit Union**<br>**156 Second Street**<br>**San Francisco, CA 94105** | | W | **Personal Loan** | | X | | **2,252.80** |
| ACCOUNT NO.<br>**Pepco**<br>**Correspondence Section**<br>**701 Ninth Street, N.W.**<br>**Washington, DC 20068-0001**<br><br>**Pepco Energy Services**<br>**4511 Knox Road, Ste. 202**<br>**College Park, MD 20740** | | J | **Electric** | | X | | **1,950.00** |
| ACCOUNT NO.  **1289**<br>**Pepco**<br>**Correspondence Section**<br>**701 Ninth Street, N.W.**<br>**Washington, DC 20068-0001** | | J | **Electric** | | X | | **4,620.35** |

Sheet no.  11 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $  **11,248.62**

Total  >  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John R. Phillips   Juanita Tuwana Phillips**                           Case No.  **10-17380**
                          Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **0162**<br><br>**Professional Recovery Services**<br>**P.O. Box 1880**<br>**Voorhees, NJ 08043** | | W | **Houshold Recovery Services** | | X | | **10,732.21** |
| ACCOUNT NO.  **9844**<br><br>**Sam's Club Credit**<br>**P.O. Box 530942**<br>**Atlanta, GA 30353-0942** | | W | **Merchandise** | | X | | **432.39** |
| ACCOUNT NO.<br><br>**Target Natiional Bank**<br>**3701 Wayzata Blvd.**<br>**Mailstop 3C-G**<br>**Minneapolis, MN 54416**<br><br>**Target National Bank**<br>**c/o Target Credit Services**<br>**P.O. Box 673**<br>**Minneapolis, MN 55440-0673**<br><br>**Mann Bracken LLP**<br>**Two Irvington Centre**<br>**702 King Farm Blvd.**<br>**Rockville, MD 20850-5775** | | W | **Merchandise** | | X | | **5,962.76** |
| ACCOUNT NO.<br><br>**TD Bank, NA**<br>**1701 Route 70 East**<br>**Cherry Hill, NJ 08034-5400** | | J | **Merchandise** | | X | | **371.09** |

Sheet no.  12 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $  **17,498.45**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John R. Phillips    Juanita Tuwana Phillips**                      Case No.  **10-17380**
                                    **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **0317** | | H | Gas Card | | X | | 535.05 |
| **Texaco Credit Card** P.O. Box 530950 Atlanta, GA 30535-0950 | | | | | | | |
| ACCOUNT NO.    **6002** | | H | Telephone Services | | X | | 481.99 |
| **Verizon Maryland** P.O. Box 165018 Columbus, OH 43216 **Afni, Inc.** P.O. Box 3427 Bloomington, IL 61702-3427 | | | | | | | |
| ACCOUNT NO.    **0002** | | H | Telephone Services | | X | | 1,360.85 |
| **Verizon Maryland, Inc.** P.O. Box 165018 Columbus, OH 43216 **Afni, Inc.** P.O. Box 3427 Bloomington, IL 61702-3427 | | | | | | | |
| ACCOUNT NO.    **1289** | | J | Utility | | X | | 1,676.36 |
| **Washington Gas** 101 Constitution Ave., NW Washington, DC 20080 **Washington Gas** P.O. Box 24475 Cleveland, OH 44124-0475 | | | | | | | |

Sheet no.  13  of  14  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $            **4,054.25**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John R. Phillips   Juanita Tuwana Phillips**                              Case No. **10-17380**
                              **Debtors**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5261**<br><br>**XM Satellite Radio**<br>**P.O. Box 9001399**<br>**Louisville, KY 40290-1399** | | H | utility | | X | | 381.66 |

Sheet no. <u>14</u> of <u>14</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $                                        **381.66**

Total ➢ $                                        **153,294.65**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re: <u>John R. Phillips    Juanita Tuwana Phillips</u>              ,          Case No. <u>**10-17380**</u>
                                              **Debtors**                                                                **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: **John R. Phillips    Juanita Tuwana Phillips**        Case No. **10-17380**

                              Debtors                                                 (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re **John R. Phillips Juanita Tuwana Phillips**                    Case No.    **10-17380**
                                    Debtors                                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **Daughter** | AGE(S): **28** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Inspector** | **Bus Operator** |
| Name of Employer | **Montgomery County Active Emps.** | **Montgomery Cnty. Public Schools** |
| How long employed | **33 Years** | **29 Years** |
| Address of Employer | **101 Monroe Street, Rm. 801 Rockville, MD 20850-2540** | **850 Hungerford Drive Rockville, MD 20850** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 4,382.91 | $ | 3,482.90 |
| 2. Estimate monthly overtime | $ | 2,629.75 | $ | 0.00 |
| 3. SUBTOTAL | $ | 7,012.66 | $ | 3,482.90 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 617.87 | $ | 443.47 |
| b. Insurance | $ | 46.50 | $ | 1.00 |
| c. Union dues | $ | 43.33 | $ | 0.00 |
| d. Other (Specify)   **Base Pension** | $ | 0.00 | $ | 172.40 |
| **MCCSSE** | $ | 0.00 | $ | 56.33 |
| **Retirement** | $ | 175.33 | $ | 0.00 |
| **Supplemental Pension** | $ | 0.00 | $ | 17.25 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 883.03 | $ | 690.46 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 6,129.63 | $ | 2,792.44 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify) **M.C.P.S. Monthly Net Income** | $ | 3,376.21 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 3,376.21 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 9,505.84 | $ | 2,792.44 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 12,298.28 | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

**B6I (Official Form 6I) (12/07) - Cont.**

**In re** **John R. Phillips Juanita Tuwana Phillips**  Case No. **10-17380**

Debtors  (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

B6J (Official Form 6J) (12/07)

In re  John R. Phillips Juanita Tuwana Phillips                         ,          Case No.    **10-17380**
                                **Debtors**                                                  (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,360.00 |
| a. Are real estate taxes included?     Yes ✓     No | | |
| b. Is property insurance included?     Yes     No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 352.00 |
| b. Water and sewer | $ | 100.00 |
| c. Telephone | $ | 0.00 |
| d. Other **Cell Phone** | $ | 175.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 900.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 75.00 |
| 7. Medical and dental expenses | $ | 250.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 84.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 574.33 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **Real Property Taxes** | $ | 361.67 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 972.00 |
| b. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Americas Servicing Second Mortgage** | $ | 2,086.00 |
| **Harley Davidson 2008 Harley Fat Bob** | $ | 354.00 |
| **Homeowner Association Fees** | $ | 84.29 |
| **Patelco CU 2004 Nissan Armada** | $ | 510.00 |
| **Patelco CU 2005 Chrysler 300** | $ | 262.00 |
| **Santander Consumer 2000 GMC Yukon** | $ | 572.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 11,122.29 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 12,298.28 |
| b. Average monthly expenses from Line 18 above | $ | 11,122.29 |
| c. Monthly net income (a. minus b.) | $ | 1,175.99 |

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## District of Maryland
## Greenbelt

In re  **John R. Phillips    Juanita Tuwana Phillips** ,                        Case No. **10-17380**

Debtors

Chapter    **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $       426,400.00 | | |
| B - Personal Property | YES | 4 | $        70,923.00 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 3 | | $       824,896.04 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $        11,948.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 15 | | $       153,294.65 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $        12,298.28 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $        11,122.29 |
| TOTAL | | 32 | $       497,323.00 | $       990,138.69 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Maryland
### Greenbelt

In re  **John R. Phillips   Juanita Tuwana Phillips**            Case No.   <u>10-17380</u>

Debtors                                                                        Chapter   **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **11,948.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| TOTAL | $ | **11,948.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | **12,298.28** |
| Average Expenses (from Schedule J, Line 18) | $ | **11,122.29** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | **13,871.77** |

**United States Bankruptcy Court**
**District of Maryland**
**Greenbelt**

In re  **John R. Phillips   Juanita Tuwana Phillips**

Debtors

Case No.  **10-17380**

Chapter  **13**

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ **21,002.07** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ **11,948.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ **0.00** |
| 4. Total from Schedule F | | $ **153,294.65** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ **174,296.72** |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re  <u>John R. Phillips    Juanita Tuwana Phillips</u>                    Case No.  <u>10-17380</u>
                                    Debtors                                                                                (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of                <u>34</u>
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  <u>**5/19/2010**</u>                         Signature:  <u>**s/ John R. Phillips**</u>
                                                                                    **John R. Phillips**
                                                                                                                 Debtor

Date:  <u>**5/19/2010**</u>                         Signature:  <u>**s/ Juanita Tuwana Phillips**</u>
                                                                                    **Juanita Tuwana Phillips**
                                                                                                     (Joint Debtor, if any)

                                                     [If joint case, both spouses must sign]


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)